

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00909-CV

**REFUND ADVISORY CORP.**,
Appellant

v.

Albert **URESTI**, in his Official Capacity as Bexar County Tax Assessor-Collector,
and Bexar County,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08726
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: July 3, 2019

MOTION TO DISMISS GRANTED, DISMISSED

Appellant has filed a motion asking this court to dismiss this appeal and to order the parties to bear their own appellate costs. Appellees have filed a response stating they do not oppose the motion. We, therefore, grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). The parties shall bear their own appellate costs. *See id.* 42.1(d).

PER CURIAM